UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| VICKI LUKRICH,<br><br>　　　　　　　　Plaintiff,<br><br>　v.<br><br>CENLAR FSB,<br><br>　　　　　　　　Defendant. | NO:  1:17-CV-3025-RMP<br><br>ORDER OF DISMISSAL WITH PREJUDICE |

**BEFORE** the Court is the parties' Stipulation for Dismissal with Prejudice, ECF No. 10.  Having reviewed the Stipulation and the record, the Court finds good cause to approve dismissal.  Accordingly, **IT IS HEREBY ORDERED**:

1. The parties' Stipulation for Dismissal, **ECF No. 10**, is **APPROVED**.

2. Plaintiff's Complaint is dismissed with prejudice and without costs to any party.

3. All pending motions, if any, are **DENIED AS MOOT**.

4. All scheduled court hearings, if any, are **STRICKEN**.

ORDER OF DISMISSAL WITH PREJUDICE ~ 1

The District Court Clerk is directed to enter this Order, provide copies to counsel, and **close this case**.

**DATED** April 3, 2017.

                                      *s/ Rosanna Malouf Peterson*
                                ROSANNA MALOUF PETERSON
                                   United States District Judge